## Commonwealth *v.* Beras, Appellant.

Submitted June 22, 1971. *Neil Carver,* and *Carver and Steinberg,* for

appellant; *James T. Owens* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.